ASPETUCK VALLEY COUNTRY CLUB, INC. *v.* A & B
WOOD DESIGN ASSOCIATES, INC.
(11665)

DALY, O'CONNELL and LAVERY, Js.
Argued May 7—decision released June 8, 1993

*Michael J. McCabe,* with whom, on the brief, was
*Christopher J. Lutzo,* law student intern, for the appellant (plaintiff).

*Mario P. Musilli,* with whom, on the brief, was *Lisa B. Kouzoujian,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.